STATE OF CONNECTICUT *v.* ANGEL OCASIO

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 50 Conn. App. 748 (AC 16474), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that literal, rather than substantial, compliance is required in order for a defendant's plea of guilty to be valid under Practice Book § 39-20?

"2. If the answer to the first question is no, was there substantial compliance with Practice Book § 39-20?"

The Supreme Court docket number is 16049.

*Ronald G. Weller*, assistant state's attorney, in support of the petition.

*Neal Cone*, assistant public defender, in opposition.

Decided December 7, 1998

JOSE ROSADO *v.* COMMISSIONER OF CORRECTION

The petitioner Jose Rosado's petition for certification for appeal from the Appellate Court, 50 Conn. App. 759 (AC 17285,) is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney, in opposition.

Decided December 7, 1998